JUDGE BUCHWALD    08 CV 7203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| INVOGUE LLC           Plaintiff, | Case No. _____ |
| -v- | **Rule 7.1 Statement** |
| SCARLETT               Defendant. | RECEIVED AUG 1 3 2008 U.S.D.C. S.D. N.Y. CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Invogue LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: August 6, 2008

Signature of Attorney

Attorney Bar Code: 8833

Form Rule7_1.pdf  SDNY Web 10/2007